UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND - SOUTHERN

| | |
|---|---|
| ROSINA ADAMS<br><br>　　Plaintiff<br><br>　　v.<br><br>ALLIED COLLECTION SERVICE, INC.<br>D/B/A<br>RESIDENT COLLECT, INC.<br><br>　　Defendant<br>―――――――――――――――――――<br>ALLIED COLLECTION SERVICE, INC.<br>D/B/A<br>RESIDENT COLLECT, INC.<br><br>　　Third-Party Plaintiff,<br><br>　　v.<br><br>AG-FCP ARBOR VIEW, LLC<br>ASHFORD AT HENSON CREEK<br><br>　　Third-Party Defendant | Civil Action No.  8: ll-CV-02302-PJM |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Rosina Adams and Defendant/Third-Party Plaintiff Allied Collection Service, Inc., d/b/a Resident Collect, Inc., through undersigned counsel, hereby stipulate to the dismissal of the Complaint against Defendant/Third-Party Plaintiff Allied Collection Service, Inc., d/b/a Resident Collect, Inc., with prejudice.

- 2 -

Respectfully submitted,

*/s/ Jimmy Ray Howell, Jr.*
Jimmy Ray Howell, Jr.
JR HOWELL & ASSOCIATES
5482 Wilshire Blvd.
Suite 316
Los Angeles, CA  90036
(323) 366-2143
jrhowell@jrhlegalstrategies.com
*Attorney for Plaintiff, Rosina Adams*


*/s/ Jeffrey W. Bredeck*
Jeffrey W. Bredeck (Fed. Bar No. 23032)
Raymond D. Pinkham (Fed. Bar No. 29891)
ECCLESTON AND WOLF, P. C.
Baltimore-Washington Law Center
7240 Parkway Drive, 4th Floor
Hanover, MD 21076-1378
(410) 752-7474
Fax (410) 752-0611
bredeck@ewmd.com
pinkham@ewmd.com
*Counsel for Defendant Allied Collection*


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion for Voluntary Dismissal with Prejudice was filed electronically on this 25th day of January, 2012, to those parties receiving notice via ECF.


*/s/ Jeffrey W. Bredeck*
Jeffrey W. Bredeck